**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

DONALD C. THOMAS, )
individually and on behalf of all )      Case No. 10-3139-CV-S-ODS
others similarly situated, )
     )
         Plaintiff, )
     )
   v. )
     )
MID-MISSOURI BANK, )      FILED ELECTRONICALLY
     )
         Defendant. )

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

For all of the reasons set forth in the accompanying Memorandum in Support of

Plaintiff's Unopposed Motion for Final Approval of Settlement Agreement, Plaintiff respectfully

requests that the Court enter the proposed Final Approval Order and proposed Final Judgment

certifying the proposed Settlement Class and approving the proposed Settlement as being fair,

reasonable and adequate to the Class.

                Respectfully submitted,

                THE BUXNER LAW FIRM OF COUNSEL
                TO WALTHER/ZWIBELMAN LAW
                ASSOCIATES

                By: /s/ Evan D. Buxner
                    Evan D. Buxner

                230 South Bemiston Avenue, Suite 500
                Clayton, MO 63105
                Telephone: 314.725.9595
                Facsimile: 888.851.4940

CARLSON LYNCH LTD

By: /s/ R. Bruce Carlson
    R. Bruce Carlson
    Gary F. Lynch
    Stephanie K. Goldin

231 Melville Lane
P.O. Box 367
Sewickley, PA  15143
Telephone:  412.749.1677
Facsimile:  412.749.1686

ATTORNEYS FOR PLAINTIFF
DONALD C. THOMAS