# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| DONALD C. THOMAS, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 10-3139-CV-S-ODS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MID-MISSOURI BANK, | ) | FILED ELECTRONICALLY |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF BRUCE CARLSON IN SUPPORT OF
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

1.     I am a founding partner of Carlson Lynch, Ltd ("Carlson Lynch").

2.     Carlson Lynch, along with the Buxner Law Firm, represents Plaintiff in this action.

3.     I am personally familiar with the investigation, litigation and proposed settlement of this putative class action.

4.      Notice to the proposed Class was published consistent with the terms of the Court's Preliminary Approval Order entered on December 9, 2010. Affidavits evidencing publication notice are appended to this Declaration as Exhibits A-K.

Notice was also posted on the ATMs at Issue for a period of forty-five days commencing on or before the Notice Publication Deadline.

Furthermore, Full Notice was published online at www.carlsonlynch.com beginning prior to the Notice Publication Deadline, and will remain posted for a period of at least (30) thirty days following the Fairness Hearing.

Finally, a press release describing the settlement was disseminated to television stations and newspapers in Springfield and Joplin, Missouri, consistent with the Preliminary Approval Order.

5.      The Notice apprised potential Class Members of the terms of the proposed settlement, provided our toll free telephone number in the event that they had any questions about the proposed settlement and instructed them regarding what to do if they elected to object to the proposed settlement, or wanted to exclude themselves from the proposed settlement, among other things.

6.      The deadline for objections to the proposed settlement or requests for exclusion from the proposed settlement was February 15, 2011.

7.      There were no objections to the proposed Settlement.

8.      There were no requests for exclusion from the Settlement.

Under penalty of perjury, I declare that the above statements are true and correct.

Executed at Sewickley, Pennsylvania this 16th  day of March, 2011.

R. Bruce Carlson

# EXHIBIT A

# AFFIDAVIT OF PUBLICATION

State of Missouri, County of Polk,ss:

I, Amanda Orrell, being duly sworn according to law, state that I represent
the publisher of the Bolivar Herald-Free Press, a semi-weekly newspaper of
general circulation in the County of Polk, where located; which has been
admitted to the Post Office as periodical matter in the City of Bolivar, the city
of publication; which newspaper has been published regularly and
consecutively for a period of three years and has a list of bona fide subscribers
voluntarily engaged as such who have paid or agreed to pay a stated price
for a subscription for a definite period of time, and that such newspaper has
complied with the provisions of Section 493.050 Revised Statutes of Missouri,
2000. The affixed notice appeared in said newspaper on the following
consecutive weeks:

From January 12, 2011 to January 19, 2011 both inclusive.

1st insertion, Vol. 138, No. 99, January 12, 2011
2nd insertion, Vol. 138, No. 101, January 19, 2011
3rd insertion, Vol._____, No. _____, _____, _____
4th insertion, Vol._____, No. _____, _____, _____

_Amanda Orrell_
Amanda Orrell

Subscribed and sworn to before me this 19 day of January,
20 11

MELISSA BURKS
Notary Public - Notary Seal
STATE OF MISSOURI
Polk County - Comm#08503399
My Commission Expires Mar. 13, 2012

_Melissa Burks_
Melissa Burks, Notary

My commission expires March 13, 2012.

Filed and Recorded this _____ day of _____, 20___

(Publication Fee, $ 402.60 )

## PUBLISHED NOTICE OF CLASS ACTION SETTLEMENT
### This notice may affect your rights. Please read carefully.
### IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI
### IN RE: THOMAS V. MID-MISSOURI BANK,
### CASE NO: 10-3139-CV-S-ODS
### SUMMARY NOTICE OF CERTIFIED CLASS ACTION SETTLEMENT

A settlement has been proposed in a class action lawsuit filed by Donald C. Thomas ("Plaintiff"), on behalf of all members of the class against Mid-Missouri Bank (the "Bank") asserting that the Bank violated certain requirements of the Electronic Funds Transfer Act ("EFTA").

### WHO IS INCLUDED?

All non-Bank customers who were charged a transaction fee at any of the ATMs operated by Mid-Missouri Bank (the "Bank") before December 1, 2010, MAY BE ELIGIBLE TO RECEIVE A SETTLEMENT CHECK, as set forth below.

If you qualify, you may send in a claim form to get benefits, or you can exclude yourself from the settlement, or object to it.

If you believe you are a member of the class, you may view the Full Notice and print a claim form online at www.carlsonlynch.com, or you can request a copy of the Full Notice and Claim Form by calling Class Counsel at 1-800-467-5241, or e-mailing Class Counsel at: bcarlson@carlsonlynch.com.

Under the terms of the settlement, the Bank has created a settlement fund in the amount of $260,000.00. Eligible class members who submit a timely and valid claim are eligible to receive up to a maximum amount of $100.00 from the settlement fund. A Full Notice describing the Settlement in more detail is available at the website above.

### WHAT ARE YOUR OTHER OPTIONS?

If you do not want to be legally bound by the settlement, you must exclude yourself by February 15, 2011; or you won't be able to sue, or continue to sue, the Bank about the legal claims in this case. If you exclude yourself, you can't get a Settlement Check from this settlement. If you stay in the settlement, you may object to it by February 15, 2011. The Full Notice contains important information regarding the rights, obligations, requirements, and deadlines for class members to participate in the Settlement, to exclude themselves from the Settlement, or to object.

If you wish to communicate with class counsel identified above, you may do so by writing to R. Bruce Carlson at Carlson Lynch Ltd, 231 Melville Lane, P.O. Box 367, Sewickley, PA 15143. Alternatively, you may call the offices of the firm at its toll free number 1-800-467-5241.

IF YOU HAVE ANY QUESTIONS OR CONCERNS, ADDRESS ALL INQUIRIES IN THE MANNER SET FORTH ABOVE. THE COURT AND THE CLERK WILL NOT ANSWER LEGAL QUESTIONS FROM INDIVIDUAL CLAIMANTS. BY ISSUING THIS NOTICE, THE COURT EXPRESSES NO OPINION AS TO THE MERITS OF ANY CLAIMS OR DEFENSES ASSERTED IN THIS CIVIL ACTION. PLEASE DO NOT CONTACT THE COURT.

### MID-MISSOURI BANK
### ATM FEE SETTLEMENT CLAIM FORM
### Mail to: CARLSON LYNCH LTD., PO Box 367, Sewickley, PA 15143

Name: _____
Address: _____
Phone: _____

### CHECK THE APPROPRIATE BOX BELOW:

___ I have included with this Claim Form one or more ATM receipts, or relevant portions of my bank statement(s), illustrating that I was charged an ATM fee by Mid-Missouri Bank before December 1, 2010.

___ I have NOT included with this Claim Form a receipt or bank statement but I certify that I was charged a transaction fee at the Mid-Missouri Bank ATM located at _____ on _____ (approximate date of visit) and the last four digits of the account number on the card used were _____.

I understand that the foregoing information may be used for purposes of verifying my claim, and I certify, under penalty of perjury, that the statements and information contained herein is truthful and accurate.

### ALL CLAIM FORMS MUST BE POSTMARKED BY: May 26, 2011

(99. 01c)

# EXHIBIT B

# AFFIDAVIT OF PUBLICATION

State of Missouri, County of Cedar,ss:

I, Marilyn Ellis, being duly sworn according to law, state that I represent
the publisher of the Cedar County Republican, a weekly newspaper of
general circulation in the County of Cedar, where located; which has been
admitted to the Post Office as periodical matter in the City of Stockton,
the city of publication; which newspaper has been published regularly and
consecutively for a period of three years and has a list of bona fide subscribers
voluntarily engaged as such who have paid or agreed to pay a stated price
for a subscription for a definite period of time, and that such newspaper has
complied with the provisions of Section 493.050 Revised Statutes of Missouri,
2000. The affixed notice appeared in said newspaper on the following
consecutive weeks:

From _January 12, 2011_ to _January 19, 2011_ both inclusive.

1st insertion, Vol. 126, No. _2_, _January 12, 2011_
2nd insertion, Vol. 126, No. _3_, _January 19, 2011_
3rd insertion, Vol. 126, No. _____, _____
4th insertion, Vol. 126, No. _____, _____

_Marilyn Ellis_
Marilyn Ellis

Subscribed and sworn to before me this _19_ day of _January_
2011.

REBECCA A. JONES
Notary Public – Notary Seal
STATE OF MISSOURI
Cedar County – Comm#09400965
My Commission Expires Jan. 11, 2014

_Rebecca A. Jones_, Notary
Rebecca A. Jones, Notary

My commission expires January 11, 2014.

Filed and Recorded this _____ day of _____, 20___

(Publication Fee, $ _374.46_ )

**PUBLISHED NOTICE OF CLASS ACTION SETTLEMENT**
This notice may affect your rights. Please read carefully.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

**IN RE: THOMAS V. MID-MISSOURI BANK,**
**CASE NO.: 10-3139-CV-S-ODS**

**SUMMARY NOTICE OF CERTIFIED CLASS**
**ACTION SETTLEMENT**

A settlement has been proposed in a class action lawsuit filed by Donald C. Thomas ("Plaintiff"), on behalf of all members of the class against Mid-Missouri Bank (the "Bank") asserting that the Bank violated certain requirements of the Electronic Funds Transfer Act ("EFTA").

**WHO IS INCLUDED?**
All non-Bank customers who were charged a transaction fee at any of the ATMs operated by Mid-Missouri Bank (the "Bank") before December 1, 2010, **MAY BE ELIGIBLE TO RECEIVE A SETTLEMENT CHECK,** as set forth below.

If you qualify, you may send in a claim form to get benefits, or you can exclude yourself from the settlement, or object to it.

If you believe you are a member of the class, you may view the Full Notice and print a claim form online at www.carlsonlynch.com, or you can request a copy of the Full Notice and Claim Form by calling Class Counsel at 1-800-467-5241, or e-mailing Class Counsel at: bcarlson@carlsonlynch.com.

**WHAT DOES THE SETTLEMENT PROVIDE?**
Under the terms of the settlement, the Bank has created a settlement fund in the amount of $260,000.00. Eligible class members who submit a timely and valid claim are eligible to receive up to a maximum amount of $100.00 from the settlement fund. A Full Notice describing the Settlement in more detail is available at the website above.

**WHAT ARE YOUR OTHER OPTIONS?**
If you do not want to be legally bound by the settlement, you must exclude yourself by **February 15, 2011,** or you won't be able to sue, or continue to sue, the Bank about the legal claims in this case. If you exclude yourself, you can't get a Settlement Check from this settlement. If you stay in the settlement, you may object to it by **February 15, 2011.** The Full Notice contains important information regarding the rights, obligations, requirements, and deadlines for class members to participate in the Settlement, to exclude themselves from the Settlement, or to object.

If you wish to communicate with class counsel identified above, you may do so by writing to R. Bruce Carlson at Carlson Lynch Ltd, 231 Melville Lane, P.O. Box 367, Sewickley, PA 15143. Alternatively, you may call the offices of the firm at its toll free number 1-800-467-5241.

IF YOU HAVE ANY QUESTIONS OR CONCERNS, ADDRESS ALL INQUIRIES IN THE MANNER SET FORTH ABOVE. THE COURT AND THE CLERK WILL NOT ANSWER LEGAL QUESTIONS FROM INDIVIDUAL CLAIMANTS. BY ISSUING THIS NOTICE, THE COURT EXPRESSES NO OPINION AS TO THE MERITS OF ANY CLAIMS OR DEFENSES ASSERTED IN THIS CIVIL ACTION. PLEASE DO NOT CONTACT THE COURT.

## MID-MISSOURI BANK
## ATM FEE SETTLEMENT CLAIM FORM

Mail to: CARLSON LYNCH LTD.
P.O. Box 367, Sewickley, PA 15143

Name: _____

Address: _____

Phone: _____

CHECK THE APPROPRIATE BOX BELOW:

[ ] I have included with this Claim Form one or more ATM receipts, or relevant portions of my bank statement(s), illustrating that I was charged an ATM fee by Mid-Missouri Bank before December 1, 2010.

[ ] I have NOT included with this Claim Form a receipt or bank statement but I certify that I was charged a transaction fee at the Mid-Missouri Bank ATM located at _____ on _____ (approximate date of visit) and the last four digits of the account number on the card used were _____.

I understand that the foregoing information may be used for purposes of verifying my claim, and I certify, under penalty of perjury, that the statements and information contained herein is truthful and accurate.

ALL CLAIM FORMS MUST BE POSTMARKED BY:
May 26, 2011

# EXHIBIT C

# AFFIDAVIT OF PUBLICATION   Date: 1-19-11

STATE OF MISSOURI } ss.
COUNTY OF HENRY

I, Daniel Black Miles, Jr., being duly sworn according to law, state that I am the Publisher of The Clinton Daily Democrat, a daily newspaper of general circulation in the County of Henry, State of Missouri, where located; which newspaper has been admitted to the Post Office as periodical class matter in the City of Clinton, Missouri, the city of publication; which newspaper has been published regularly and consecutively for a period of three years and has a list of bona fide subscribers, voluntarily engaged as such who have paid or agreed to pay a stated price for a subscription for a definite period of time, and that such newspaper has complied with the provisions of Section 493.050, Revised Statutes of Missouri 2000, and Section 59.310, Revised statutes of Missouri 2000. The affixed notice appeared in said newspaper in the following consecutive issues:

1st
Insertion: Vol 137 No. 8 , 12 day of January 20 11

2nd
Insertion: Vol 137 No. 13 , 19 day of January 20 11

3rd
Insertion: Vol____No.____, ____day of _____ 20____

4th
Insertion: Vol____No.____, ____day of _____ 20____

232 87/—

_Danl Black Miles_
Publisher's Signature, Daniel Black Miles Jr.

Subscribed and sworn to before me on this 21 day of

January , 20 11 .

_Leland M. Dunford_
Notary Public

My Commission expires 8-5-2011 .

---

**IMPORTANT NOTICE OF CLASS ACTION SETTLEMENT**
This notice may affect your rights. Please read carefully.
**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**
IN RE: THOMAS V. MID-MISSOURI BANK.
CASE NO.: 10-3139-CV-S-ODS

**SUMMARY NOTICE OF CERTIFIED CLASS ACTION SETTLEMENT**
A settlement has been proposed in a class action lawsuit filed by Donald C. Thomas ("Plaintiff"), on behalf of all members of the class against Mid-Missouri Bank (the "Bank") asserting that the Bank violated certain requirements of the Electronic Funds Transfer Act ("EFTA").

**WHO IS INCLUDED?**
All non-Bank customers who were charged a transaction fee at any of the ATMs operated by Mid-Missouri Bank (the "Bank") before December 1, 2010. **MAY BE ELIGIBLE TO RECEIVE A SETTLEMENT CHECK**, as set forth below.
If you qualify, you may send in a claim form to get benefits, or you can exclude yourself from the settlement.
If you believe you are a member of the class, you may view the Full Notice and print a claim form online at www.carlsonlynch.com, or you can request a copy of the Full Notice and Claim Form by calling Class Counsel at 1-800-467-5241, or e-mailing Class Counsel at: bcarlson@carlsonlynch.com.

**WHAT DOES THE SETTLEMENT PROVIDE?**
Under the terms of the settlement, the Bank has created a settlement fund in the amount of $260,000.00. Eligible class members who submit a timely and valid claim are eligible to receive

... from the settlement fund. A Full Notice describing the Settlement in more detail is available at the website above.

## WHAT ARE YOUR OTHER OPTIONS?

If you do not want to be legally bound by the settlement, you must exclude yourself by **February 15, 2011**, or you won't be able to sue, or continue to sue, the Bank about the legal claims in this case. If you exclude yourself, you can't get a Settlement Check from this settlement. If you stay in the settlement, you may object to it by **February 15, 2011**. The Full Notice contains important information regarding the rights, obligations, requirements, and deadlines for class members to participate in the Settlement, to exclude themselves from the Settlement, or to object.

If you wish to communicate with class counsel identified above, you may do so by writing to R. Bruce Carlson at Carlson Lynch Ltd, 231 Melville Lane, P.O. Box 367, Sewickley, PA 15143. Alternatively, you may call the offices of the firm at its toll free number 1-800-467-5241.

IF YOU HAVE ANY QUESTIONS OR CONCERNS, ADDRESS ALL INQUIRIES IN THE MANNER SET FORTH ABOVE. THE COURT AND THE CLERK WILL NOT ANSWER LEGAL QUESTIONS FROM INDIVIDUAL CLAIMANTS. BY ISSUING THIS NOTICE, THE COURT EXPRESSES NO OPINION AS TO THE MERITS OF ANY CLAIMS OR DEFENSES ASSERTED IN THIS CIVIL ACTION. **PLEASE DO NOT CONTACT THE COURT.**

### MID-MISSOURI BANK ATM FEE SETTLEMENT CLAIM FORM

**Mail to: CARLSON LYNCH LTD., PO Box 367, Sewickley, PA 15143**

**Name:** _____

**Address:** _____

**Phone:** _____

### CHECK THE APPROPRIATE BOX BELOW:

☐ I have included with this Claim Form one or more ATM receipts, or relevant portions of my bank statement(s), illustrating that I was charged an ATM fee by Mid-Missouri Bank before December 1, 2010.

☐ I have NOT included with this Claim Form a receipt or bank statement but I certify that I was charged a transaction fee at the Mid-Missouri Bank ATM located at _____ on _____ (approximate date of visit) and the last four digits of ...

visit) and the last four digits of
the account number on the card
used were _____.

I understand that the forego-
ing information may be used for
purposes of verifying my claim,
and I certify, under penalty of
perjury, that the statements
and information contained
herein is truthful and accurate.
ALL CLAIM FORMS MUST BE
POSTMARKED BY: May 26,
2011
j12,19da2tc

# EXHIBIT D

# PUBLISHED NOTICE OF CLASS ACTION SETTLEMENT
This notice may affect your rights. Please read carefully.

## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IN RE: THOMAS V. MID-MISSOURI BANK,
CASE NO.: 10-3139-CV-S-ODS

## SUMMARY NOTICE OF CERTIFIED CLASS ACTION SETTLEMENT

A settlement has been proposed in a class action lawsuit filed by Donald C. Thomas ("Plaintiff"), on behalf of all members of the class against Mid-Missouri Bank (the "Bank") asserting that the Bank violated certain requirements of the Electronic Funds Transfer Act ("EFTA").

### WHO IS INCLUDED?
All non-Bank customers who were charged a transaction fee at any of the ATMs operated by Mid-Missouri Bank (the "Bank") before December 1, 2010, **MAY BE ELIGIBLE TO RECEIVE A SETTLEMENT CHECK**, as set forth below.

If you qualify, you may send in a claim form to get benefits, or you can exclude yourself from the settlement, or object to it.

If you believe you are a member of the class, you may view the Full Notice and print a claim form online at www.carlsonlynch.com, or you can request a copy of the Full Notice and Claim Form by calling Class Counsel at 1-800-467-5241, or e-mailing Class Counsel at: bcarlson@carlsonlynch.com.

### WHAT DOES THE SETTLEMENT PROVIDE?
Under the terms of the settlement, the Bank has created a settlement fund in the amount of $260,000.00. Eligible class members who submit a timely and valid claim are eligible to receive up to a maximum amount of $100.00 from the settlement fund. A Full Notice describing the Settlement in more detail is available at the website above.

### WHAT ARE YOUR OTHER OPTIONS?
If you do not want to be legally bound by the settlement, you must exclude yourself by **February 15, 2011**, or you won't be able to sue, or continue to sue, the Bank about the legal claims in this case. If you exclude yourself, you can't get a Settlement Check from this settlement. If you stay in the settlement, you may object to it by **February 15, 2011**. The Full Notice contains important information regarding the rights, obligations, requirements, and deadlines for class members to participate in the Settlement, to exclude themselves from the Settlement, or to object.

If you wish to communicate with class counsel identified above, you may do so by writing to R. Bruce Carlson at Carlson Lynch Ltd, 231 Melville Lane, P.O. Box 367, Sewickley, PA 15143. Alternatively, you may call the offices of the firm at its toll free number 1-800-467-5241.

IF YOU HAVE ANY QUESTIONS OR CONCERNS, ADDRESS ALL INQUIRIES IN THE MANNER SET FORTH ABOVE. THE COURT AND THE CLERK WILL NOT ANSWER LEGAL QUESTIONS FROM INDIVIDUAL CLAIMANTS. BY ISSUING THIS NOTICE, THE COURT EXPRESSES NO OPINION AS TO THE MERITS OF ANY CLAIMS OR DEFENSES ASSERTED IN THIS CIVIL ACTION. **PLEASE DO NOT CONTACT THE COURT.**

## MID-MISSOURI BANK
### ATM FEE SETTLEMENT CLAIM FORM

Mail to: CARLSON LYNCH LTD.,
PO Box 367, Sewickley, PA 15143

---

# AFFIDAVIT OF PUBLICATION

State of Missouri ⟩
County of _____ Cedar _____ ⟩

I, _____ Mae McNeece _____
being duly sworn according to law, state that I am the editor of the

_____ The Star Newspaper _____ , a weekly newspaper

of general circulation in the county of _____ Cedar _____

where located; which has been admitted to the Post Office as second

class matter in the City of _____ El Dorado Springs _____
the city of publication which newspaper has been published regularly and consecutively for a period of three years and has a list of bona fide subscribers voluntarily engaged as such who have paid or agreed to pay a stated price for a subscription for a definite period of time, and that such newspaper has complied with the provisions of Section 493.050 Revised Statutes of Missouri, 1949. The affixed notice appeared in said newspaper on the following consecutive weeks (issues).

From January 13 2011 to January 20 2011

First Insertion _____ January 13 _____ 2011

Second Insertion _____ January 20 _____ 2011

Third Insertion _____ 2011

Fourth Insertion _____ 2011

Fifth Insertion _____

Publication Fee: $ 225.50

(Signed) _Mae McNeece_
Editor

Subscribed and sworn to before me this 24th

day of JANUARY , 2011

Notary Public _____

My term expires 8/26/2012

DAVID D. SIBLEY
Notary Public - Notary Seal
State of Missouri - Cedar County
My Commission #08410826
My Commission Expires: August 26, 2012

Filed and Recorded this _____ day

of _____ , 20 _____

**Name:** _____

**Address:** _____

**Phone:** _____

**CHECK THE APPROPRIATE BOX BELOW:**

☐ I have included with this Claim Form one or more ATM receipts, or relevant portions of my bank statement(s), illustrating that I was charged an ATM fee by Mid-Missouri Bank before December 1, 2010.

☐ I have NOT included with this Claim Form a receipt or bank statement but I certify that I was charged a transaction fee at the Mid-Missouri Bank ATM located at _____ on _____ (approximate date of visit) and the last four digits of the account number on the card used were _____.

I understand that the foregoing information may be used for purposes of verifying my claim, and I certify, under penalty of perjury, that the statements and information contained herein is truthful and accurate.

**ALL CLAIM FORMS MUST BE POSTMARKED BY: May 26, 2011**

To be published in The Star Newspaper; Thursday, Jan. 13 and Thursday, Jan. 20, 2011

# EXHIBIT E

## AFFIDAVIT OF PUBLICATION

STATE OF MISSOURI )
COUNTY OF CEDAR ) ss.

I, Kimball Long, being duly sworn according to law, state that I am the Publisher of the El Dorado Springs Sun, a weekly newspaper of general circulation in the County of Cedar, State of Missouri, where located; which newspaper has been admitted to the Post Office as periodical class matter in the City of El Dorado Springs, Missouri, the city of publication; which newspaper has been published regularly and consecutively for a period of three years and has a list of bona fide subscribers, voluntarily engaged as such who have paid or agreed to pay a stated price for a subscription for a definite period of time, and that such newspaper has complied with the provisions of Section 493.050, Revised Statutes of Missouri 2000, and Section 59,310, Revised Statutes of Missouri 2000. The affixed notice appeared in said newspaper in the following consecutive issues:

1st Insertion:
Vol__121___No.___2__13th__day of January_2011__

2nd Insertion:
Vol.__121__No.__ 3__20th _day of _January 2011_

_____
Publisher's Signature

Subscribed and sworn to before me on this 17ᵗʰ day of

February_____, 2011.

_Charla Stark_____
Notary Public

My Commission expires__10·20·14___

CHARLA STARK
MY COMMISSION EXPIRES 10/20/2014
NOTARY PUBLIC
SEAL
NOTARY
COMMISSION
#10498906
CEDAR COUNTY
STATE OF MISSOURI

---

## PUBLISHED NOTICE OF CLASS ACTION SETTLEMENT

This notice may affect your rights. Please read carefully.

### IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IN RE: THOMAS V. MID-MISSOURI BANK,
CASE NO.:
10-3139-CV-S-ODS

---

### SUMMARY NOTICE OF CERTIFIED CLASS ACTION SETTLEMENT

A settlement has been proposed in a class action lawsuit filed by Donald C. Thomas ("Plaintiff"), on behalf of all members of the class against Mid-Missouri Bank (the "Bank") asserting that the Bank violated certain requirements of the Electronic Funds Transfer Act ("EFTA").

### WHO IS INCLUDED?

All non-Bank customers who were charged a transaction fee at any of the ATMs operated by Mid-Missouri Bank (the "Bank") before December 1, 2010, **MAY BE ELIGIBLE TO RECEIVE A SETTLEMENT CHECK,** as set forth below.

If you qualify, you may send in a claim form to get benefits, or you can exclude yourself from the settlement, or object to it.

If you believe you are a member of the class, you may view the Full Notice and print a claim form online at www.carlsonlynch.com, or you can request a copy of the Full Notice and Claim Form by calling Class Counsel at 1-800-467-5241, or e-mailing Class Counsel at: bcarlson@carlsonlynch.com.

### WHAT DOES THE SETTLEMENT PROVIDE?

Under the terms of the settlement, the Bank has created a settlement fund in the amount of $260,000.00. Eligible class members who submit a timely and valid claim are eligible to receive up to a maximum amount of $100.00 from the settlement fund. A Full Notice describing the Settlement in more detail is available at the website above.

### WHAT ARE YOUR OTHER OPTIONS?

If you do not want to be legally bound by the settlement, you must exclude yourself by **February 15, 2011,** or you won't be able to sue, or continue to sue, the Bank about the legal claims in this case. If you exclude yourself, you can't get a Settlement Check from this settlement. If you stay in the settlement, you may object to it by **February 15, 2011.** The Full Notice contains important information regarding the rights, obligations, requirements, and deadlines for class members to participate in the Settlement, to exclude themselves from the Settlement, or to object.

If you wish to communicate with class counsel identified above, you may do so by writing to R. Bruce Carlson at Carlson Lynch Ltd, 231 Melville Lane, P.O. Box 367, Sewickley, PA 15143. Alternatively, you may call the offices of the firm at its toll free number 1-800-467-5241.

IF YOU HAVE ANY QUESTIONS OR CONCERNS

FORTH ABOVE. THE COURT AND THE CLERK WILL NOT ANSWER LEGAL QUESTIONS FROM INDIVIDUAL CLAIMANTS. BY ISSUING THIS NOTICE, THE COURT EXPRESSES NO OPINION AS TO THE MERITS OF ANY CLAIMS OR DEFENSES ASSERTED IN THIS CIVIL ACTION. PLEASE DO NOT CONTACT THE COURT.

**MID-MISSOURI BANK**
**ATM FEE SETTLEMENT CLAIM FORM**

Mail to: CARLSON LYNCH LTD., PO Box 367, Sewickley, PA 15143

Name: _____

Address: _____

Phone: _____

**CHECK THE APPROPRIATE BOX BELOW:**

☐ I have included with this Claim Form one or more ATM receipts, or relevant portions of my bank statement(s), illustrating that I was charged an ATM fee by Mid-Missouri Bank before December 1, 2010.

☐ I have NOT included with this Claim Form a receipt or bank statement but I certify that I was charged a transaction fee at the Mid-Missouri Bank ATM located at _____ on _____ (approximate date of visit) and the last four digits of the account number on the card used were _____.

☐ I understand that the foregoing information may be used for purposes of verifying my claim, and I certify, under penalty of perjury, that the statements and information contained herein is truthful and accurate.

# EXHIBIT F



THE JOPLIN
GLOBE
It's your world

Todd Ruskamp, Laurie Novion, K
2555 Grand Blvd
KANSAS CITY MO 64108-2613

## AFFIDAVIT OF PUBLICATION

**STATE OF MISSOURI:**

**COUNTY OF JASPER:**

I, Timothy F. Robinson, being duly sworn according to law, state that I am Controller of the Joplin
Globe.

The Joplin Globe is a daily newspaper of general circulation in the county of Jasper, which has been
admitted to the post office as second-class matter in the City of Joplin, the city of publication;
which newspaper has been published regularly and consecutively for a period of three years and has a
list of bonafide subscribers voluntarily engaged as such, who have paid or agreed to pay a stated
price for a subscription for a definite period of time, and that such newspaper has complied with the
provisions of section 493.050, Missouri Revised Statutes, 1959. The below listed advertisement
appeared in the following issue(s):

| Publication | Expire Date | Ad Caption | # Times | Amount |
|---|---|---|---|---|
| The Joplin Globe | 01/19/2011 | Legal 107/Class Action | 2 | 1240.00 |

01/12/2011,01/19/2011

_Timothy F. Robinson_
_____ Controller

Sworn to and subscribed before me this 14th day of January, 2011

_Amber Severns_
_____ Notary Public

Amber Severns/#07521422
My commission expires April 14, 2011

117 East 4th Street • Joplin, Missouri 64801 Phone (417) 623-3480 • Fax (417) 623-1188 • www.joplinglobe.com



Todd Ruskamp, Laurie Novion, K
2555 Grand Blvd
KANSAS CITY MO  64108-2613

AFFIDAVIT OF PUBL

**STATE OF MISSOURI:**

**COUNTY OF JASPER:**

I, Timothy F. Robinson, being duly sworn according to l
Globe.

The Joplin Globe is a daily newspaper of general circula
admitted to the post office as second-class matter in the C
which newspaper has been published regularly and cons
list of bonafide subscribers voluntarily engaged as such,
price for a subscription for a definite period of time, and
provisions of section 493.050, Missouri Revised Statute
appeared in the following issue(s):

| Publication | Expire Date | Ad Captio |
|---|---|---|
| The Joplin Globe | 01/19/2011 | Legal 107/C |

01/12/2011,01/19/2011

*Timothy F. Robinson*

Sworn to and subscribed before me this 14th day of

N

Amber Severns/#07521422
My commission expires April 14, 2011

(First published January 12, 2011)
PUBLISHED NOTICE OF CLASS ACTION SETTLEMENT
This notice may affect your rights. Please read carefully.
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
IN RE: THOMAS V. MID-MISSOURI BANK,
CASE NO.: 10-3139-CV-S-ODS

**SUMMARY NOTICE OF CERTIFIED CLASS ACTION SETTLEMENT**
A settlement has been proposed in a class action lawsuit filed by Donald C. Thomas
("Plaintiff"), on behalf of all members of the class against Mid-Missouri Bank (the "Bank")
asserting that the Bank violated certain requirements of the Electronic Funds Transfer Act
("EFTA").

**WHO IS INCLUDED?**
All non-Bank customers who were charged a transaction fee at any of the ATMs operat-
ed by Mid-Missouri Bank (the "Bank") before December 1, 2010, MAY BE ELIGIBLE TO
RECEIVE A SETTLEMENT CHECK, as set forth below.
If you qualify, you may send in a claim form to get benefits, or you can exclude yourself
from the settlement, or object to it.
If you believe you are a member of the class, you may view the Full Notice and print a
claim form online at www.carlsonlynch.com, or you can request a copy of the Full Notice
and Claim Form by calling Class Counsel at 1-800-467-5241, or e-mailing Class Counsel
at: bcarlson@carlsonlynch.com.

**WHAT DOES THE SETTLEMENT PROVIDE?**
Under the terms of the settlement, the Bank has created a settlement fund in the amount
of $260,000.00. Eligible class members who submit a timely and valid claim are eligible
to receive up to a maximum amount of $100.00 from the settlement fund. A Full Notice
describing the Settlement in more detail is available at the website above.

**WHAT ARE YOUR OTHER OPTIONS?**
If you do not want to be legally bound by the settlement, you must exclude yourself by
February 15, 2011, or you won't be able to sue, or continue to sue, the Bank about the
legal claims in this case. If you exclude yourself, you can't get a Settlement Check from
this settlement. If you stay in the settlement, you may object to it by February 15, 2011.
The Full Notice contains important information regarding the rights, obligations, require-
ments, and deadlines for class members to participate in the Settlement, to exclude them-
selves from the Settlement, or to object.
If you wish to communicate with class counsel identified above, you may do so by writing
to R. Bruce Carlson at Carlson Lynch Ltd, 231 Melville Lane, P.O. Box 367, Sewickley, PA
15143. Alternatively, you may call the offices of the firm at its toll free number 1-800-467-
5241.
If you have any questions or concerns, address all inquiries in the manner set forth above.
The court and the clerk will not answer legal questions from individual claimants. By issu-
ing this notice, the court expresses no opinion as to the merits of any claims or defenses
asserted in this civil action.
Please do not contact the court.
  Mid-Missouri Bank
  ATM Fee Settlement Claim Form
Mail to: Carlson Lynch LTD., PO Box 367, Sewickley, PA 15143
Name:
Address:
Phone:
Check The Appropriate Box Below:
• I have included with this Claim Form one or more ATM receipts, or relevant portions of
my bank statement(s), illustrating that I was charged an ATM fee by Mid-Missouri Bank
before December 1, 2010.
• I have NOT included with this Claim Form a receipt or bank statement but I certify that
I was charged a transaction fee at the Mid-Missouri Bank ATM located at
_____ on _____ (approximate date of visit) and the last four
digits of the account number on the card used were _____.
I understand that the foregoing information may be used for purposes of verifying my
claim, and I certify, under penalty of perjury, that the statements and information contained
herein is truthful and accurate.
All Claim Forms Must Be Postmarked By: May 26, 2011

(107)

117 East 4th Street • Joplin, Missouri 64801 Phone (417) 623-3480 • Fax (417) 623-1188 • www.joplinglobe.com

# EXHIBIT G

# AFFIDAVIT OF PUBLICATION    Date:01-19-11

STATE OF MISSOURI          }

COUNTY OF LAWRENCE }   ss.

I, Stephen C. Fairchild, being duly sworn according to law, state that I am the Publisher of the *Lawrence County Record*, a weekly newspaper of general circulation in the County of Lawrence, State of Missouri, where located; which newspaper has been admitted to the Post Office as periodical class matter in the City of Mt. Vernon, Missouri, the city of publication; which newspaper has been published regularly and consecutively for a period of more than three years and has a list of bona fide subscribers, voluntarily engaged as such who have paid or agreed to pay a stated price for a subscription for a definite period of time, and that such newspaper has complied with the provisions of Section 493.050, Revised Statutes of Missouri 2000, and Section 59.310, Revised Statutes of Missouri 2000. The affixed notice appeared in said newspaper in the following issues:

1st
Insertion: Vol. _135_ No. _48_, _12th_ day of __January__, 2011
2nd
Insertion: Vol. _135_ No. _49_, _19th_ day of __January__, 2011
3rd
Insertion: Vol. _____ No. ____, _____ day of _____, 2011
4th
Insertion: Vol. _____ No. ____, _____ day of _____, 2011
5th
Insertion: Vol. _____ No. ____, _____ day of _____, 2011

_____
Stephen C. Fairchild, Publisher

Subscribed and sworn to before me on this

__19th__day of ____January_____, 2011

_____
Rosemary A. Henderson, Notary Public

My commission expires February 15, 2012

Publication fee $ _164.45_____

Rosemary A. Henderson   Comm. 08532687
Lawrence County        State Of Missouri
My Commission Expires Feb. 15, 2012

## PUBLISHED NOTICE OF CLASS ACTION SETTLEMENT

This notice may affect your rights. Please read carefully.

### IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IN RE: THOMAS V. MID-MISSOURI BANK; CASE NO.: 10-3139-CV-S-ODS

### SUMMARY NOTICE OF CERTIFIED CLASS ACTION SETTLEMENT

A settlement has been proposed in a class action lawsuit filed by Donald C. Thomas ("Plaintiff"), on behalf of all members of the class against Mid-Missouri Bank (the "Bank") asserting that the Bank violated certain requirements of the Electronic Funds Transfer Act ("EFTA").

### WHO IS INCLUDED?

All non-Bank customers who were charged a transaction fee at any of the ATMs operated by Mid-Missouri Bank (the "Bank") before December 1, 2010, **MAY BE ELIGIBLE TO RECEIVE A SETTLEMENT CHECK,** as set forth below.

If you qualify, you may send in a claim form to get benefits, or you can exclude yourself from the settlement, or object to it.

If you believe you are a member of the class, you may view the Full Notice and print a claim form online at www.carlsonlynch.com, or you can request a copy of the Full Notice and Claim Form by calling Class Counsel at 1-800-467-5241, or e-mailing Class Counsel at: bcarlson@carlsonlynch.com.

### WHAT DOES THE SETTLEMENT PROVIDE?

Under the terms of the settlement, the Bank has created a settlement fund in the amount of $260,000.00. Eligible class members who submit a timely and valid claim are eligible to receive up to a maximum amount of $100.00 from the settlement fund. A Full Notice describing the Settlement in more detail is available at the website above.

### WHAT ARE YOUR OTHER OPTIONS?

If you do not want to be legally bound by the settlement, you must exclude yourself by February 15, 2011, or you won't be able to sue, or continue to sue, the Bank about the legal claims in this case. If you exclude yourself, you can't get a Settlement Check from this settlement. If you stay in the settlement, you may object to it by February 15, 2011. The Full Notice contains important information regarding the rights, obligations, requirements, and deadlines for class members to participate in the Settlement, to exclude themselves from the Settlement, or to object.

If you wish to communicate with class counsel identified above, you may do so by writing to R. Bruce Carlson at Carlson Lynch Ltd, 231 Melville Lane, P.O. Box 367, Sewickley, PA 15143. Alternatively, you may call the offices of the firm at its toll free number 1-800-467-5241.

IF YOU HAVE ANY QUESTIONS OR CONCERNS, ADDRESS ALL INQUIRIES IN THE MANNER SET FORTH ABOVE. THE COURT AND THE CLERK WILL NOT ANSWER LEGAL QUESTIONS FROM INDIVIDUAL CLAIMANTS. BY ISSUING THIS NOTICE, THE COURT EXPRESSES NO OPINION AS TO THE MERITS OF ANY CLAIMS OR DEFENSES ASSERTED IN THIS CIVIL ACTION. PLEASE DO NOT CONTACT THE COURT.

**MID-MISSOURI BANK**
**ATM FEE SETTLEMENT CLAIM FORM**
Mail to: CARLSON LYNCH LTD.,
PO Box 367, Sewickley, PA 15143

Name: _____

Address: _____

Phone: _____

**CHECK THE APPROPRIATE BOX BELOW:**

____ I have included with this Claim Form one or more ATM receipts, or relevant portions of my bank statement(s), illustrating that I was charged an ATM fee by Mid-Missouri Bank before December 1, 2010.

____ I have NOT included with this Claim Form a receipt or bank statement but I certify that I was charged a transaction fee at the Mid-Missouri Bank ATM located at _____ on _____ (approximate date of visit) and the last four digits of the account number on the card used were _____.

I understand that the foregoing information may be used for purposes of verifying my claim, and I certify, under penalty of perjury, that the statements and information contained herein is truthful and accurate.

**ALL CLAIM FORMS MUST BE POSTMARKED BY: May 26, 2011**
#10093-1-19-2tc

# EXHIBIT H

ou wish to communicate with class counsel identified
ve, you may do so by writing to R. Bruce Carlson at
lson Lynch Ltd, 231 Melville Lane, P.O. Box 367,
rickley, PA 15143. Alternatively, you may call the
ces of the firm at its toll free number 1-800-467-5241.

YOU HAVE ANY QUESTIONS OR CONCERNS,
DRESS ALL INQUIRIES IN THE MANNER SET
RTH ABOVE. THE COURT AND THE CLERK WILL
T ANSWER LEGAL QUESTIONS FROM
)IVIDUAL CLAIMANTS. BY ISSUING THIS
TICE, THE COURT EXPRESSES NO OPINION AS
THE MERITS OF ANY CLAIMS OR DEFENSES
SERTED IN THIS CIVIL ACTION. **PLEASE DO**
T CONTACT THE COURT.

**MID-MISSOURI BANK**
**ATM FEE SETTLEMENT CLAIM**
**FORM**

**Mail to: CARLSON LYNCH LTD.,**
**PO Box 367, Sewickley, PA 15143**

me: _____

dress: _____

)ne: _____

ECK THE APPROPRIATE BOX BELOW:

I have included with this Claim Form one or
re ATM receipts, or relevant portions of my
ik statement(s), illustrating that I was charged
ATM fee by Mid-Missouri Bank before
:ember 1, 2010.

I have NOT included with this Claim Form a
eipt or bank statement but I certify that I was
rged a transaction fee at the Mid-Missouri
ik ATM located at _____
_____ (approximate date of visit) and
last four digits of the account number on the
d used were _____.

nderstand that the foregoing information may
used for purposes of verifying my claim, and I
tify, under penalty of perjury, that the
tements and information contained herein is
thful and accurate.

L CLAIM FORMS MUST BE
STMARKED BY: May 26, 2011

4303605 v1

# AFFIDAVIT OF PUBLICATION

STATE OF MISSOURI)
                )ss.
COUNTY OF LACLEDE)

I, Matthew Wright, being duly sworn according to law, state that I am the
Associate Publisher of The Lebanon Daily Record, a daily newspaper of
general circulation in the County of Laclede, State of Missouri, where located;
which newspaper has been admitted to the Post Office as periodical class
matter in the City of Lebanon, Missouri, the city of publication; which
newspaper has been published regularly and consecutively for a period of three
years and has a list of bona fide subscribers, voluntarily engaged as such who
have paid or agreed to pay a stated price for a subscription for a definite period
of time, and that such newspaper has complied with the provisions of Section
493.050, Revised Statutes of Missouri 2000, and Section 59.310, Revised
Statutes of Missouri 2000. The affixed notice appeared in said newspaper in
the following consecutive issues:

Vol. **65** , No. **12** , day of **12** , month of **Jan** , 20 **11**
Vol. **65** , No. **16** , day of **19** , month of **Jan** , 20 **11**
Vol._____ , No._____ , day of_____ , month of_____ , 20___
Vol._____ , No._____ , day of_____ , month of_____ , 20___
Vol._____ , No._____ , day of_____ , month of_____ , 20___
Vol._____ , No._____ , day of_____ , month of_____ , 20___

_____
Matthew Wright, Associate Publisher

Subscribed and sworn to before me this **19** day of **Jan** 20 **11**

_____
Phyllis Wilson, Notary Public in and for Dallas County, Missouri.

My commission expires: **03-30-2012**
Publication fee: **725.65**

PHYLLIS WILSON
Notary Public - Notary Seal
STATE OF MISSOURI
Dallas County
My Commission Ex...

## PUBLISHED NOTICE OF CLASS ACTION SETTLEMENT
### This notice may affect your rights. Please read carefully.

#### IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IN RE: THOMAS V. MID-MISSOURI BANK,
CASE NO.: 10-3139-CV-S-ODS

#### SUMMARY NOTICE OF CERTIFIED CLASS ACTION SETTLEMENT

A settlement has been proposed in a class action lawsuit filed by Donald C. Thomas ("Plaintiff"), on behalf of all members of the class against Mid-Missouri Bank (the "Bank") asserting that the Bank violated certain requirements of the Electronic Funds Transfer Act ("EFTA").

#### WHO IS INCLUDED?

All non-Bank customers who were charged a transaction fee at any of the ATMs operated by Mid-Missouri Bank (the "Bank") before December 1, 2010, **MAY BE ELIGIBLE TO RECEIVE A SETTLEMENT CHECK**, as set forth below.

If you qualify, you may send in a claim form to get benefits, or you can exclude yourself from the settlement, or object to it.

If you believe you are a member of the class, you may view the Full Notice and print a claim form online at www.carlsonlynch.com, or you can request a copy of the Full Notice and Claim Form by calling Class Counsel at 1-800-467-5241, or e-mailing Class Counsel at: bcarlson@carlsonlynch.com.

#### WHAT DOES THE SETTLEMENT PROVIDE?

Under the terms of the settlement, the Bank has created a settlement fund in the amount of $260,000.00. Eligible class members who submit a timely and valid claim are eligible to receive up to a maximum amount of $100.00 from the settlement fund. A Full Notice describing the Settlement in more detail is available at the website above.

#### WHAT ARE YOUR OTHER OPTIONS?

If you do not want to be legally bound by the settlement, you must exclude yourself by **February 15, 2011**, or you won't be able to sue, or continue to sue, the Bank about the legal claims in this case. If you exclude yourself, you can't get a Settlement Check from this settlement. If you stay in the settlement, you may object to it by **February 15, 2011**. The Full Notice contains important information regarding the rights, obligations, requirements, and deadlines for class members to participate in the Settlement, to exclude themselves from the Settlement, or to object.

If you wish to communicate with class counsel identified above, you may do so by writing to R. Bruce Carlson at Carlson Lynch Ltd, 231 Melville Lane, P.O. Box 367, Sewickley, PA 15143. Alternatively, you may call the offices of the firm at its toll free number 1-800-467-5241.

IF YOU HAVE ANY QUESTIONS OR CONCERNS, ADDRESS ALL INQUIRIES IN THE MANNER SET FORTH ABOVE. THE COURT AND THE CLERK WILL NOT ANSWER LEGAL QUESTIONS FROM INDIVIDUAL CLAIMANTS. BY ISSUING THIS NOTICE, THE COURT EXPRESSES NO OPINION AS TO THE MERITS OF ANY CLAIMS OR DEFENSES ASSERTED IN THIS CIVIL ACTION. PLEASE DO NOT CONTACT THE COURT.

**MID-MISSOURI BANK
ATM FEE SETTLEMENT CLAIM FORM**

**Mail to: CARLSON LYNCH LTD., PO Box 367, Sewickley, PA 15143**

Name: _____

Address: _____

Phone: _____

#### CHECK THE APPROPRIATE BOX BELOW:

☐ **I have included with this Claim Form one or more ATM receipts, or relevant portions of my bank statement(s), illustrating that I was charged an ATM fee by Mid-Missouri Bank before December 1, 2010.**

☐ **I have NOT included with this Claim Form a receipt or bank statement but I certify that I was charged a transaction fee at the Mid-Missouri Bank ATM located at _____ on _____ (approximate date of visit) and the last four digits of the account number on the card used were _____ .**

**I understand that the foregoing information may be used for purposes of verifying my claim, and I certify, under penalty of perjury, that the statements and information contained herein is truthful and accurate.**

**ALL CLAIM FORMS MUST BE POSTMARKED BY: May 26, 2011**

4303605 v1

A

STATE C

COUNT

I, Matthew
Associate I
general circ
which new:
matter in
newspaper
years and h
have paid c
of time, and
493.050, R
Statutes of
the followin

Vol. _la5_
Vol. _le_:
Vol. _____
Vol. _____
Vol. _____
Vol. _____

Subscribed

My commi
Publicatio

# EXHIBIT I

# AFFIDAVIT OF PUBLICATION

STATE OF MISSOURI )
                   ss. )

COUNTY OF PERRY )

       I, Kate M. Martin, being duly sworn, according to law, state that I am the Publisher of *The Perry County Republic-Monitor,* a twice weekly newspaper of general circulation in the County of Perry, State of Missouri which newspaper has been admitted to the Post Office as periodical class mattter in the City of Perryville, Missouri; which newspaper has been published regularly and continuously for a period of three years and has a list of bona fide subscribers, voluntarily engaged as such who have paid or agreed to pay a stated price for a subscription for a definite period of time, that this newspaper has complied with the provisions of Section #493.050 R.S. Mo. 2002, as amended. The affixed notice appeared in said paper for _2_ weeks consecutively, as follows:

*Class Action*

From _1/13/11_ to _1/20/11_

both inclusive

First insertion: _1/13/11_

Second insertion: _1/20/11_

Third insertion: _____

Fourth insertion: _____

Signed _Kat Martin_
                           Kate M. Martin, Publisher

BEVERLY J. FRITSCHE
Notary Public - Notary Seal
STATE OF MISSOURI
Perry County
Commission # 09491532
My Commission Expires: Sept. 10, 2013

Subscribed and sworn to before me

this _14th_ day of _Feb_ 20_11_

_Beverly J. Fritsche_

Beverly I. Fritsche, Notary Public

Printer's fees: $ _534.98_

**PUBLISHED NOTICE OF CLASS ACTION SETTLEMENT**

This notice may affect your rights. Please read carefully.

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

IN RE: THOMAS V. MID-MISSOURI BANK, CASE NO.: 10-3139-CV-S-ODS

**SUMMARY NOTICE OF CERTIFIED CLASS ACTION SETTLEMENT**

A settlement has been proposed in a class action lawsuit filed by Donald C. Thomas ("Plaintiff"), on behalf of all members of the class against Mid-Missouri Bank (the "Bank") as-serting that the Bank violated certain require-ments of the Electronic Funds Transfer Act ("EFTA").

**WHO IS INCLUDED?**

All non-Bank custom-ers who were charged a transaction fee at any of the ATMs operated by Mid-Missouri Bank (the "Bank") before De-cember 1, 2010, **MAY BE ELIGIBLE TO RE-CEIVE A SETTLEMENT CHECK,** as set forth below.

If you qualify, you may send in a claim form to get benefits, or you can exclude yourself from the settlement, or object to it.

If you believe you are a member of the class, you may view the Full Notice and print a claim form online at www.carlsonlynch.com, or you can request a copy of the Full Notice and Claim Form by calling Class Counsel at 1-800-467-5241, or e-mailing Class Counsel at: bcarlson@carlsonlynch.com.

**WHAT DOES THE SETTLEMENT**

**PROVIDE?**

Under the terms of the settlement, the Bank has created a settlement fund in the amount of $260,000.00. Eligible class members who submit a timely and valid claim are eligible to re-ceive up to a maximum amount of $100.00 from the settlement fund. A Full Notice describing the Settlement in more detail is available at the website above.

**WHAT ARE YOUR OTHER OPTIONS?**

If you do not want to be legally bound by the settlement, you must exclude yourself by **February 15, 2011,** or you won't be able to sue, or continue to sue, the Bank about the legal claims in this case. If you exclude yourself, you can't get a Settle-ment Check from this settlement. If you stay in the settlement, you may object to it by **February 15, 2011.** The Full No-tice contains important information regarding the rights, obligations, requirements, and dead-lines for class members to participate in the Settlement, to exclude themselves from the Settlement, or to object.

If you wish to communi-cate with class counsel identified above, you may do so by writing to R. Bruce Carlson at Carlson Lynch Ltd, 231 Melville Lane, P.O. Box 367, Sewickley, PA 15143. Alternatively, you may call the offices of the firm at its toll free number 1-800-467-5241.

IF YOU HAVE ANY QUESTIONS OR CON-CERNS, ADDRESS ALL INQUIRIES IN THE MANNER SET FORTH ABOVE. THE COURT AND THE CLERK WILL NOT ANSWER LEGAL QUESTIONS FROM IN-DIVIDUAL CLAIMANTS. BY ISSUING THIS NO-TICE, THE COURT EX-PRESSES NO OPINION AS TO THE MERITS OF

ANY CLAIMS OR DE-FENSES ASSERTED IN THIS CIVIL ACTION. PLEASE DO NOT CON-TACT THE COURT.

**MID-MISSOURI BANK ATM FEE SETTLEMENT CLAIM FORM**

Mail to: CARLSON LYNCH LTD., PO Box 367, Sewickley, PA 15143

Name: _____

_____

Address: _____

_____

Phone: _____

CHECK THE APPRO-PRIATE BOX BELOW:

☐ I have included with this Claim Form one or more ATM receipts, or relevant portions of my bank statement(s) illustrating that I was charged an ATM fee by Mid-Missouri Bank be-fore December 1, 2010.

☐ I have NOT included with this Claim Form a receipt or bank statement but I cer-tify that I was charged a transaction fee at the Mid-Missouri Bank ATM located at

_____ (ap-proximate date of visit) and the last four digits of the account number on the card used were

_____

I understand that the foregoing information may be used for pur-poses of verifying my claim, and I certify, un-der penalty of perjury, that the statements and information con-tained herein is truth-ful and accurate.

**ALL CLAIM FORMS MUST BE POST-MARKED BY: May 26, 2011**

# EXHIBIT J

# SPRINGFIELD
# NEWS-LEADER

651 N. Boonville Ave · PO Box 798
Springfield, Missouri 65801
Telephone (417) 836-1100

Shook Hardy & Bacon LLP

February 24, 2011

**PROOF OF PUBLICATION**

STATE OF MISSOURI
County of Greene

      I, Marsha Burnett of Springfield, Missouri, of lawful age, do upon my oath state that I am the Legal Clerk of the News-Leader/Guidon, and that I am duly authorized to and do make this affidavit for and on behalf of the News-Leader, a newspaper published daily in the City of Springfield, Greene County, Missouri; that the public advertisement, notice or order of Publication, a true copy of which is hereto attached, was published in said newspaper 2 time(s) upon the following dates:

First publication on Wednesday, January 12, 2011
Second publication on
Third publication on
Fourth publication on
Last publication on Wednesday, January 19, 2011

      I do further state under oath that said newspaper has been admitted to the Post Office as second class matter; that it is a newspaper of general circulation in the City of Springfield, Missouri; that it has been published regularly and consecutively for a period of more than three years; that it has a list of bona fide subscribers voluntarily engaged as such; who have paid or agreed to pay a stated price for a subscription for a definite period of time, and that said newspaper has complied with the provisions of Section 14968 Revised Statues of Missouri, 1939, relating to "Public Advertisements."

*Marsha Burnett*

Subscribed and sworn to before me this
My commission expires

24 Day of Feb , 2011

Notary Public in and for
Christian County, Missouri

AMANDA L RITTER
Notary Public - Notary Seal
State of Missouri
Commissioned for Christian County
My Commission Expires: October 22, 2011
Commission Number 07321658

**⊙ GANNETT**

**PUBLISHED NOTICE OF CLASS ACTION SETTLEMENT**
This notice may affect your rights. Please read carefully.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

IN RE: THOMAS V. MID-MISSOURI BANK,
CASE NO.: 10-3139-CV-S-ODS

**SUMMARY NOTICE OF CERTIFIED CLASS ACTION SETTLEMENT**

A settlement has been proposed in a class action lawsuit filed by Donald C. Thomas ("Plaintiff"), on behalf of all members of the class against Mid-Missouri Bank (the "Bank") asserting that the Bank violated certain requirements of the Electronic Funds Transfer Act ("EFTA").

**WHO IS INCLUDED?**

All non-Bank customers who were charged a transaction fee at any of the ATMs operated by Mid-Missouri Bank (the "Bank") before December 1, 2010. **MAYBE ELIGIBLE TO RECEIVE A SETTLEMENT CHECK**, as set forth below.

If you qualify, you may send in a claim form to get benefits, or you can exclude yourself from this settlement, as described.

If you believe you are a member of the class, you may view the Full Notice and print a claim form online at www.carlsonlynch.com, or you can request a copy of the Full Notice and Claim Form by calling Class Counsel at 1-800-467-5241, or e-mailing Class Counsel at: bcarlson@carlsonlynch.com.

**WHAT DOES THE SETTLEMENT PROVIDE?**

Under the terms of the settlement, the Bank has created a settlement fund in the amount of $260,000.00. Eligible class members who submit a timely and valid claim are eligible to receive up to a maximum amount of $100.00 from the settlement fund. A Full Notice describing the Settlement in more detail is available at the website above.

**WHAT ARE YOUR OTHER OPTIONS?**

If you do not want to be legally bound by the settlement, you must exclude yourself by February 15, 2011, or you won't be able to sue, or continue to sue, the Bank about the legal claims in this case. If you exclude yourself, you can't get a Settlement Check from this settlement. If you stay in the settlement, you may object to it by February 15, 2011. The Full Notice contains important information regarding the rights, obligations, requirements, and deadlines for class members to participate in the Settlement, to exclude themselves from the Settlement, or to object.

If you wish to communicate with class counsel identified above, you may do so by writing to R. Bruce Carlson at Carlson Lynch Ltd, 231 Melville Lane, P.O. Box 367, Sewickley, PA 15143. Alternatively, you may call the offices of the firm at its toll free number 1-800-467-5241.

IF YOU HAVE ANY QUESTIONS OR CONCERNS, ADDRESS ALL INQUIRIES IN THE MANNER SET FORTH ABOVE. THE COURT AND THE CLERK WILL NOT ANSWER LEGAL QUESTIONS FROM INDIVIDUAL CLAIMANTS. BY ISSUING THIS NOTICE, THE COURT EXPRESSES NO OPINION AS TO THE MERITS OF ANY CLAIMS OR DEFENSES ASSERTED IN THIS CLASS ACTION. PLEASE DO NOT CONTACT THE COURT.

**MID-MISSOURI BANK**
**ATM FEE SETTLEMENT CLAIM FORM**

Mail to: CARLSON LYNCH LTD., PO Box 367, Sewickley, PA 15143

Name:

Address:

Phone:

**CHECK THE APPROPRIATE BOX BELOW:**

❑ I have included with this Claim Form one or more ATM receipts, or relevant portions of my bank statement(s), illustrating that I was charged an ATM fee by Mid-Missouri Bank before December 1, 2010.

❑ I have NOT included with this Claim Form a receipt or bank statement but I certify that I was charged a transaction fee at the Mid-Missouri Bank ATM located at _____ on _____ (approximate date of visit) and the last four digits of the account number on the card used were _____.

I understand that the foregoing information may be used for purposes of verifying my claim, and I certify, under penalty of perjury, that the statements and information contained herein is truthful and accurate.

# EXHIBIT K

# AFFIDAVIT OF PUBLICATION

January 21, 2011                                    ss.

| | |
|---|---|
| STATE OF MISSOURI | ) |
| COUNTY OF JASPER | ) |

I *Merle Lortz*, being duly sworn according to law, state that I am the Publisher of *The Webb City Sentinel*, a weekly/daily newspaper general circulation in the County of Jasper, State of Missouri, where located; which newspaper has been admitted to the Post Office as periodical class matter in the City of Webb City, Missouri, the city of publication; which newspaper has been published regularly and consecutively for a period of three years and has a list of bona fide subscribers, voluntarily engaged as such who have paid or agreed to pay a stated price for a subscription for a definite period of time, and that such newspaper has complied with the provisions of Section 493.050, Revised Statutes of Missouri 2000, and Section 59.310, Revised Statutes of Missouri 2000. The affixed notice appeared in said newspaper in the following consecutive issues:

1st
Insertion: Vol. 133 No. 02 14th Day of January 2011
2nd
Insertion: Vol. 133, No. 03 21st Day of January 2011

_____

Merle Lortz

Subscribed and sworn to before me on this 21st day of January 2011

_____

"NOTARY SEAL"
Vicki Groff, Notary Public
State of Missouri, Jasper County
Commission # 07384502
My Commission Expires Nov. 12, 2011

*Vicki Groff, Notary Public*

## PUBLISHED NOTICE OF CLASS ACTION SETTLEMENT

This notice may affect your rights. Please read carefully.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

IN RE: THOMAS V. MID-MISSOURI BANK,
CASE NO.: 10-3139-CV-S-ODS

### SUMMARY NOTICE OF CERTIFIED CLASS ACTION SETTLEMENT

A settlement has been proposed in a class action lawsuit filed by Donald C. Thomas ("Plaintiff"), on behalf of all members of the class against Mid-Missouri Bank (the "Bank") asserting that the Bank violated certain requirements of the Electronic Funds Transfer Act ("EFTA").

### WHO IS INCLUDED?

All non-Bank customers who were charged a transaction fee at any of the ATMs operated by Mid-Missouri Bank (the "Bank") before December 1, 2010, MAY BE ELIGIBLE TO RECEIVE A SETTLEMENT CHECK, as set forth below.

If you qualify, you may send in a claim form to get benefits, or you can exclude yourself from the settlement, or object to it.

If you believe you are a member of the class, you may view the Full Notice and print a claim form online at www.carlsonlynch.com, or you can request a copy of the Full Notice and Claim Form by calling Class Counsel at 1-800-467-5241, or e-mailing Class Counsel at bcarlson@carlsonlynch.com.

### WHAT DOES THE SETTLEMENT PROVIDE?

Under the terms of the settlement, the Bank has created a settlement fund in the amount of $260,000.00. Eligible class members who submit a timely and valid claim are eligible to receive up to a maximum amount of $100.00 from the settlement fund. A Full Notice describing the Settlement in more detail is available at the website above.

### WHAT ARE YOUR OTHER OPTIONS?

If you do not want to be legally bound by the settlement, you must exclude yourself by February 15, 2011, or you won't be able to sue, or continue to sue, the Bank about the legal claims in this case. If you exclude yourself, you can't get a Settlement Check from this settlement. If you stay in the settlement, you may object to it by February 15, 2011. The Full Notice contains important information regarding the rights, obligations, requirements, and deadlines for class members to participate in the Settlement, to exclude themselves from the Settlement, or to object.

If you wish to communicate with class counsel identified above, you may do so by writing to R. Bruce Carlson at Carlson Lynch Ltd, 231 Melville Lane, P.O. Box 367, Sewickley, PA 15143. Alternatively, you may call the offices of the firm at its toll free number 1-800-467-5241.

---

IF YOU HAVE ANY QUESTIONS OR CONCERNS, ADDRESS ALL INQUIRIES IN THE MANNER SET FORTH ABOVE. THE COURT AND THE CLERK WILL NOT ANSWER LEGAL QUESTIONS FROM INDIVIDUAL CLAIMANTS. BY ISSUING THIS NOTICE, THE COURT EXPRESSES NO OPINION AS TO THE MERITS OF ANY CLAIMS OR DEFENSES ASSERTED IN THIS CIVIL ACTION. PLEASE DO NOT CONTACT THE COURT.

### MID-MISSOURI BANK
### ATM FEE SETTLEMENT CLAIM FORM

MAIL TO: CARLSON LYNCH LTD.,
PO BOX 367, SEWICKLEY, PA 15143

Name: _____

Address: _____

Phone: _____

CHECK THE APPROPRIATE BOX BELOW:

☐ I have included with this Claim Form one or more ATM receipts, or relevant portions of my bank statement(s), illustrating that I was charged an ATM fee by Mid-Missouri Bank before December 1, 2010.

☐ I have NOT included with this Claim Form a receipt or bank statement but I certify that I was charged a transaction fee at the Mid-Missouri Bank ATM located at _____ on _____ (approximate date of visit) and the last four digits of the account number on the card used were _____.

I understand that the foregoing information may be used for purposes of verifying my claim, and I certify, under penalty of perjury, that the statements and information contained herein is truthful and accurate.

ALL CLAIM FORMS MUST BE POSTMARKED BY: MAY 26, 2011